No. 98–5114. RAMOS-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5374. ALBA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5405. KASZA ET AL. v. BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5412. WALLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–5431. SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5468. CAUTHERN v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 98–5495. McGINN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5510. STEVENSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 98–5532. CAPETILLO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5536. DARNE v. WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–5738. RAMIREZ v. HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–5742. MORENO BARAJAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5744. SHROFF v. SUNSHINE EXTRAVAGANZA PROMOTION. C. A. 9th Cir. Certiorari denied.

No. 98–5755. ROW v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 98–5760. RANSOM v. SALKIN. Cir. Ct. Baltimore City, Md. Certiorari denied.